JS6

cc: LASC, 23STCV06697

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DAWN VANDERMOST, on behalf of herself and all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" and the State of California under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff*,<br><br>vs.<br><br>DYWIDAG SYSTEMS INTERNATIONAL, USA, INC., a New York corporation and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No. 2:23-cv-04490-RGK-SK<br><br>**ORDER RE: JOINT STIPULATION TO REMAND [16]**<br><br>Action filed:        March 28, 2023<br><br>The Honorable R. Gary Klausner<br>U. S. District Court Judge<br>Courtroom: 850 |

    Having reviewed and considered the terms of the parties' Joint Stipulation to Remand, the Court finds good cause to adopt the parties' Joint Stipulation to Remand in this action.

    Therefore, good cause appearing, PURSUANT TO STIPULATION, IT IS SO ORDERED.   This case is remanded to the Los Angeles County Superior Court.

7/3/2023
  DATE

*[signature: Gary Klausner]*
The Honorable R. Gary Klausner
U.S. DISTRICT JUDGE

1

*Vandermost v. Dywidag Systems International, USA, Inc., et al.*                    Order Re: Joint Stipulation to Remand